James W. Morando (State Bar No. 087896)
Lucas W. Huizar (State Bar No. 227111)
Farella Braun & Martel LLP
235 Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Julie A. Wood (*pro hac vice*)
Parker, Hudson, Rainer and Dobbs, LLP
1500 Marquis Two Tower
285 Peachtree Center Ave., N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

Attorneys for Plaintiffs
DANAHER CORPORATION & SUBSIDIARIES PENSION PLAN and NORTHERN TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANAHER CORPORATION & SUBSIDIARIES PENSION PLAN and NORTHERN TRUST COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>NORMA BALLARD,<br><br>Defendant. | Case No. C 05-01968 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** ; AND ORDER<br><br>Fed. R. Civ. Proc. Rule 41(a)(1) |

///

///

///

///

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE                      - 1 -                      19738\842254.1
C 05-01968 PJH

1  **NOTICE IS HEREBY GIVEN** that, pursuant to Rule 41(a)(1) of the Federal Rules of
2  Civil Procedure, the above-entitled action is hereby voluntarily dismissed without prejudice by
3  Plaintiffs.

DATED: February 21, 2006              FARELLA BRAUN & MARTEL LLP

By: _____/s/_____
        Lucas W. Huizar

Attorneys for Plaintiffs
DANAHER CORPORATION &
SUBSIDIARIES PENSION PLAN and
NORTHERN TRUST COMPANY

IT IS SO ORDERED

Judge Phyllis J. Hamilton

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE                - 1 -                              19738\842254.1
C 05-01968 PJH

# PROOF OF SERVICE

I, Katherine Small, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Russ Building, 30th Floor, 235 Montgomery Street, San Francisco, California 94104. On February 21, 2006, I caused to serve a copy of the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

- ☐ by causing to personally deliver the document(s) listed above by Specialized Legal to the person(s) at the address(es) set forth below.

> Norma Ballard
> 334 Waikiki Circle
> Union City, CA 94587

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2006, at San Francisco, California.

_____/s/_____<br>
KATHERINE SMALL

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

PROOF OF SERVICE
C 05-01968 PJH — - 1 - — 19738\842254.1